**Order entered June 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01366-CV

**HELEN CLARK, Appellant**

**V.**

**THE BANK OF NEW YORK MELLON, ET AL, Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04514-B**

## ORDER

By opinion dated February 20, 2013 we dismissed this appeal for failure to pay the filing fee. Thereafter, we granted appellant's motion for rehearing and reinstated the appeal. In the order reinstating the appeal, we ordered the County Clerk and the court reporter to file the record because appellant had attached an affidavit of indigency to her motion for rehearing. In response, the court reporter notified the Court that the affidavit of indigency relied on by appellant had been filed in her district court case, not in this county court case. After further review of the affidavit and the record in this case, we agree that the affidavit of indigency does not apply to this case.

Accordingly, we **VACATE** that portion of our April 1, 2013 order requiring the County Clerk and the court reporter to file the clerk's and reporter's records. We **ORDER** appellant to remit the $175 filing fee within **TEN DAYS** of the date of this order. Failure to do so will result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 42.3(b)(c).

/s/      CAROLYN WRIGHT
          CHIEF JUSTICE